

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-88,357-01

### IN RE GONZALO ROBLES CESENA, Relator

### ON PETITION FOR A WRIT OF MANDAMUS
### IN CAUSE NOS. 00475441 & 00475442
### IN THE MUNICIPAL COURT FOR THE CITY OF CARROLLTON
### FROM DALLAS COUNTY

*Per curiam.*

### O R D E R

Relator filed a petition for a writ of mandamus, pursuant to the original jurisdiction of this Court. The petition requests that we issue a writ of mandamus in the underlying cases, ordering the district court to order the city attorney's office to provide electronic duplicates of videos in the above actions.

This Court held the application in abeyance, ordered a stay in the underlying proceedings, and ordered the respondent to file a response. Relator has now filed a motion to dismiss the application, stating that the City has provided the videos in these cases. Relator also asks this Court

to award him attorney's fees.

The stay in these cases is lifted and the motion for leave to file a petition for a writ of mandamus is denied.  All other relief is also denied.

Filed: June 27, 2018
Do Not Publish